United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-17891-mdc
Tara B Sturgeon | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5
Date Rcvd: Feb 08, 2023      Form ID: 138OBJ      Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara B Sturgeon, 90 Fawn Court, Royersford, PA 19468-1441 |
| 14080682 | | Absolute Resolutions Corporation, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14017638 | + | Apothaker & Associates, P.C., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14017641 | + | Cascade Receivables Management, 11050 Olson Drive, Ste 240, Rancho Cordova, CA 95670-5600 |
| 14017642 | + | Catch LLC, 6300 S. Syracuse Way, Ste. 200, Englewood, CO 80111-6722 |
| 14017650 | + | Daniel J. Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14017651 | + | Deer Run at Limerick Homeowners Assoc, 260 Knowles Avenue, Ste 222, Southampton, PA 18966-1530 |
| 14017655 | | Global Credit & Collection Corp, 5540 N Cumberland Ave, STE 300, Chicago, IL 60656-1490 |
| 14017657 | + | LIMERICK TOWNSHIP, 646 W. RIDGE PIKE, Limerick, PA 19468-1497 |
| 14017665 | + | Moyer Indoor/Outdoor Credit Dept., P.O. Box 64198, Souderton, PA 18964-0198 |
| 14017670 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14562833 | + | Pennymac Loan Services, LLC, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14017669 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14017677 | | Square One Financial/Cach Llc, Po Box 5980, Denver, CO 80127 |
| 14017678 | + | Stefan Richter, Esq., 2003 S. Easton Road, Ste. 300, Doylestown, PA 18901-7100 |
| 14017680 | + | Terrell Boozer, 1615 Mayland Street, Philadelphia, PA 19138-1121 |
| 14017681 | + | Tom Jefs Uni, 1020 Walnut St, Philadelphia, PA 19107-5567 |
| 14017682 | + | Transworld Systems Inc., 802 E. Martin Town Road, Ste 201, North Augusta, SC 29841-5352 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14017633 | | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 08 2023 23:58:00 | Alliance One Receivable Management, PO Box 3106, Southeastern, PA 19398-3106 |
| 14033849 | | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 23:58:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14017635 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 23:58:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14017636 | | Email/Text: ebn@amcollect.com | Feb 08 2023 23:58:00 | American Collections Enterprise & Corp., P.O. Box 30096, Alexandria, VA 22310-8096 |
| 14076393 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 00:03:35 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14017637 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 00:03:41 | Amex, Correspondence, Po Box 981540, El Paso, |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 138OBJ | Total Noticed: 74 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | TX 79998-1540 |
| 14017639 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2023 23:58:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14085133 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 08 2023 23:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14017640 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 08 2023 23:58:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14080413 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 00:03:34 | CACH, LLC its successors and assigns as assignee, of First National Bank Omaha, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14031011 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 08 2023 23:59:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 14076388 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 00:18:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14017643 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2023 23:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14041611 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2023 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14017646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 00:03:47 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14017647 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 00:03:47 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14085286 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2023 23:58:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14017648 | | Email/Text: bankruptcy@consumerportfolio.com | Feb 08 2023 23:59:00 | Consumer Portfolio Services, Inc., Asset Recovery Dept., PO Box 57071, Irvine, CA 92619-7071 |
| 14017649 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 08 2023 23:58:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14017685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 00:03:47 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14023524 | | Email/Text: mrdiscen@discover.com | Feb 08 2023 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14017652 | + | Email/Text: mrdiscen@discover.com | Feb 08 2023 23:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14017653 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 09 2023 00:03:46 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14017654 | | Email/Text: clientservices@glassmountaincapital.com | Feb 08 2023 23:58:00 | Glass Mountain Capital LLC, 1930 Thoreau Drive, Ste. 100, Schaumburg, IL 60173-4179 |
| 14017644 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2023 00:03:39 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 14017645 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2023 00:03:34 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14123885 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2023 00:03:34 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14017656 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2023 23:58:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14017658 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 14036483 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 23:59:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14017664 | + | Email/Text: EDI@CACIONLINE.NET | Feb 08 2023 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14017667 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | Midwest Recovery Syste, Po Box 899, Florissant, MO 63032-0899 |
| 14045069 | | Email/PDF: ebnotices@pnmac.com | Feb 08 2023 23:58:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, DEPT 280948, Harrisburg, PA 17128-0001 |
| 14562604 | ^ | MEBN | Feb 09 2023 00:03:41 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14559230 | + | Email/Text: bncnotifications@pheaa.org | Feb 08 2023 23:56:19 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14084702 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 08 2023 23:58:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14017671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 23:58:00 | PNC BANK N.A., P.O. BOX 94982, Cleveland, OH 44101 |
| 14017673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2023 00:03:40 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14051859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2023 00:03:34 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14018152 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2023 00:03:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14017666 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 09 2023 00:03:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14021285 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14017668 | | Email/PDF: ebnotices@pnmac.com | Feb 08 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14050098 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2023 00:03:35 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14017674 | | Email/Text: clientrelations@optiosolutions.com | Feb 08 2023 23:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14217393 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:58:00 | Qualia Collection Services, PO Box 4699, Petaluma, CA 94955-4699 |
| 14017675 | + | Email/Text: clientservices@simonsagency.com | Feb 08 2023 23:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14017676 | | Email/Text: bankruptcy@sw-credit.com | Feb 08 2023 23:59:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 14085335 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:59:00 | Southwest Credit, 4120 International Pkwy. Suite 1100, Carrollton, TX 75007-1958 |
| 14017679 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14062222 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 23:58:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14017683 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 23:58:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 138OBJ | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 08 2023 23:58:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14017686 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2023 00:03:39 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14071491 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2023 00:03:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14017687 | | Email/Text: BKRMailOps@weltman.com | Feb 08 2023 23:59:00 | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14017659 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14017660 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14017661 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14017662 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14017663 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14045070 | * | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14017672 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14272524 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14017684 | *+ | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14017634 | ##+ | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Tara B Sturgeon dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Feb 08, 2023 | Form ID: 138OBJ | Total Noticed: 74

| | |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| STEFAN RICHTER | on behalf of Creditor Deer Run at Limerick Homeowners' Association srichter@clemonslaw.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tara B Sturgeon

        Debtor(s)

Case No: 17−17891−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/8/23

100 − 99
Form 138OBJ